UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E.O.C., | CASE NO. CV F 09-1693 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| WAWONA PROPERTY MANAGEMENT, INC., et al., | |
| Defendants. / | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 22, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the March 7, 2011 trial and the January 25, 2011 pretrial conference..

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   October 1, 2010**               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE